

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #  O-6584 _____  WAS NEVER ISSUED OR

WAS WITHDRAWN.